IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re:

| | |
|---|---|
| Kevin Richard Goheen | Case No. 10-16427<br>Chapter 13<br>Bankruptcy Judge Beth A. Buchanan |

| | |
|---|---|
| Margaret A. Burks, Trustee : | |
| : | |
| Plaintiff(s)/Appellee(s), : | Adversary Case No. 11-1015 |
| : | Case Number: 1:12cv270 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Deutsche Bank Trust Company, : | |
| : | |
| Defendant(s)/Appellant(s). : | |

JUDGMENT IN A CIVIL CASE

   Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Order GRANTING Trustee's Motion for Summary Judgment and DENYING Deutsche Bank's Cross-Motion for Summary Judgment issued by Judge Beth A. Buchanan, USBJ is AFFIRMED.


7/6/12                                                                                          JAMES BONINI, CLERK


                                                                                     S/William Miller
                                                                                     Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.